UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOCKET NO. 23-_____

LOUIS DELPIDIO, as Trustee of the §
Lewis Bay Beach House Trust, §
the 116 Baxter Road Beach House Trust, and §
the 63 TN Beach House Trust, §
§
Plaintiff, §
§
v. § JURY TRIAL DEMANDED
§
NICHOLAS FIORILLO and §
OCEAN VACATIONS, LLC, §
§
Defendants._____ §

TO: Clerk of the U.S. District Court for the District of Rhode Island:

PLEASE TAKE NOTICE THAT Defendant Nicholas Fiorillo, pro se, pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, Title 42, United States Code § 1983, False Claims Act, as amended, 31 U.S.C. et seq cf. 28 U.S.C. § 2403(a) and the recent and numerous violations of Federal statute, constituting gross violation of his Constitutional, civil rights, and under. hereby removes to this Court the above-captioned State Court action, and all claims and causes of action arising therefrom, from the Barnstable Superior Court to the United States District Court for the District of Rhode Island. In support of this removal, Mr. Fiorillo further states as follows:

Plaintiff Nicholas Fiorillo, his wife Tracy Fiorillo, and their minor children, are all bonafide tenants of a home with such homestead rights at their place of residential tenancy, in Barnstable County, MA, with Fiorillo's corporate affiliate Ocean Development Partners having office addresses in Barrington, RI, Harwich Port, MA and elsewhere. Pursuant to an unlawful conspiracy to take control of the Plaintiffs homestead and his Gotspace Data and Ocean Development companies by the George Soros-backed NE Edge Enterprise, RI Federal

Defendants George Soros, Thomas O'Neill, Raymond Green, George McLaughlin Nicholas Nesgos, and other high level Soros operatives who control this criminal Enterprise, the complete annihilation of the Federal, Constitutional civil rights of the Fiorillos, including rights to due process under the law and homestead rights, among others, result in the removal of all civil actions from Massachusetts to Rhode Island Federal Court.

At issue is the ongoing, systemic chronic bias against a self-represented litigant which has wholly deprived him of his Constitutional, civil rights to due process under the law to a free and fair hearing, as well as the implications of extra-jurisdictional judgments and orders entered by a biased State Court system. Nicholas Fiorillo is no stranger to this injustice system, having been embroiled in multiple iterations of the same unlawful debt collection action with interchangeable plaintiffs all members of a racketeering enterprise formed by associates-in-fact under the backing and control of George Soros. These associates in fact include notorious loan shark Raymond C. Green, represented by Soros-backed attorneys Nicholas Nesgos, David Reier, Anthony Alva and the law firm of ArentFox Schiff, LLP, as well as Green cronies Louis Delpidio and Paul Mattarese.

Rather than provide a pro se litigant with the degree of latitude expected of a free and fair legal system, Nicholas Fiorillo's self-representation was used against him. One of the most glaring ways this was done, was through "jockeying" of the Suffolk Superior Court docket, a Court within which the clerks wield a great deal of Powers. From last minute switching of Judges to "misplacing" filed documents to engaging in ex-parte communications with opposing counsel, Mr. Fiorillo has been subjected to all of it, and then some. The Court which should have been trusted to keep nefarious, retaliatory loan sharks like Raymond C. Green at bay, and prevent unlawful foreclosure attempts on the homes of private citizens, was the same Court which, due to the powers of Powers, allowed an "acting" Clerk Magistrate, one of several such Magistrates wielding excessive power in the Commonwealth, and his predecessor(s), to arbitrarily mete out

injustice. Raymond C. Green is a well known, reputed loan shark, who has been engaging in a pattern of racketeering activities for the better part of 40 years, behind the shield of Soros. While Nicholas Fiorillo is not the first victim of Green's racketeering enterprise, he should be the last victim.

This defendant's vigilant and diligent attempts to not only have a malicious abuse of civil process ended with the dismissal of actions commenced to collect an unlawful debt, but to disqualify a series of corrupt and controlled attorneys for inherent conflict of interest, have fallen upon the wrongfully "blind" eyes of Justice. As a result, the Soros-NE Edge Enterprise continues to unlawfully attempt to expropriate Fiorillo's real property assets to his grave financial detriment, bringing citizen Fiorillo to the juncture of removing these actions to the District of Rhode Island. A glaring example of bias was shown when Raymond C. Green, questioned by the self-represented Defendant under oath at a hearing held in Housing Court under exactly the same circumstances as the instant action was wrongfully brought, admitted on the record that there were ***no "past due" payments of any kind***, applicable to financing agreements between himself and Nicholas Fiorillo. Green himself confirmed that: "My agreement with you was that when you sold the properties or refinanced, I would be paid." No monthly installments mean <u>no default</u>. No default means <u>no breach of agreement</u>. No breach of agreement means <u>no grounds for civil action</u>. Defendants' position here is clear, and yet to date, the dismissal with prejudice which should have issued immediately and would have in an impartial court, remains elusive.

Nicholas Fiorillo made an organized and sophisticated presentation of his case, doing an excellent job painting a crystal clear picture of the chronology of civil rights deprivation and denial of due process by the Superior Court, which contravene justice. Based on substantial reasons affecting the public interest, and the interests of justice which dictates that the curtain be pulled back once again, on the Secret Courts of the Commonwealth, Mr. Fiorillo now removes

all inextricably related actions to the District of Rhode Island for consolidation, under newly-discovered and wholly different sets of facts which state a new ground for removal.

Too many cases involving private citizen Nicholas Fiorillo were ultimately "presided over" by court clerks who wield excessive power(s) - the keepers of the gateway into a land of arbitrary justice, where the powerful and privileged prevail. Depending upon who you know (or don't know), a land where right quickly becomes wrong, and wrong quickly becomes right. Clerks at the Superior, Boston Municipal, Housing and Federal District courts consistently and overzealously exercise tremendous discretion. The <u>pro se</u> litigant who winds up on their bad side, quickly learns that remedy, redress and recourse in these courts, are forever elusive. With so few checks on their power, the court clerks all too often go far beyond both job description and ethical boundaries, brokering deals with conniving counsel. Regardless of who chooses to acknowledge this and who does not, there is such a thing as the secret courts of Massachusetts, and it is an undeniable fact that no other state in the country has anything like it.

Starting at the end of 2021, the first of what would be the start of a series of frivolous civil actions little more than iterations of the same unlawful debt collection action, by associates-in-fact involved in a racketeering scheme involving predatory, hard money lending by fraud in the inducement, was filed. The objective of these enterprising racketeers with the backing and under the control of billionaire financier George Soros, was to expropriate the real property and business interests of Nicholas Fiorillo, and his Ocean Development and Gotspace business entities. As to the latter, recent contractual agreements for the purchase of land in the State of Connecticut for the development of critically needed data storage facilities, put the potential value of Gotspace Data Partners at or over one billion dollars.

Three facts are of particular importance to this case: 1) the fact that there are tens of millions of dollars of real property at stake here, which a group of "well-connected" Plaintiffs, including Plaintiff in this instant action and their counsel, are attempting to unlawfully extort

from Petitioner, aided and abetted by the secret courts 2) the public consensus on boundaries defining what is "dangerous" in the context of judicial discretion, and 3) the activities contraindicated by those boundaries. Facts which speak to the nature of the original plaintiffs' actions in looking to the courts to aid their misdeeds, which Defendant now urgently brings before the public. It is of great public value for any court, in particular courts at the Federal level, to speak on these issues, especially in a manner which deters future bad acts.

On or about February 14, 2023, an unlawful Stipulated Agreement formed the basis of an extra-jurisdictional Order entered by the Suffolk Superior Court. Despite the existence of specific circumstances that allow the courts to set such an agreement aside, including those which indicate that duress, fraud, or unconscionable elements form the basis of the agreement, Soros backed Counsel proceeded to obtain an Order at the Suffolk Superior Court, which was both unjust and unlawful. Such stipulated agreement forming the basis for the extra-jurisdictional order of February 14, 2023, was a construct created by Soros-backed attorney Nicholas Nesgos and his client Raymond C. Green, in order to unjustly enrich themselves at Fiorillo's expense. Green agreed not to pursue Delpidio to use a "bargained-for" affidavit from him to obtain a judgment for enhanced damages from Fiorillo, after Green and Nesgos agreed that Delpidio would receive, according to Green: "25% of whatever I get from Nicky."

The agreed-to stipulation reached between Green and Delpidio was collusive, intended to work an injustice in expectation that the Court would blindly go along with this scheme, which is exactly what Judge Krupp did. This was not sound law. Lack of the legal merit of the Green-Nesgos plan notwithstanding, the fact that attorney Nesgos acted in blatant disregard of the Court's fundamental authority to ensure that a Court of laws and rules promote, rather than subvert justice, which was contrary to the law. Given that the Stipulated and Agreed Order was collusive on its face, Defendant Fiorillo reminded the Suffolk Superior Court that two parties to multi-party litigation may not enter into any type of settlement and consent, the purpose of which

is to injure the interest of the non-settling Defendant. Despite full knowledge that this stipulated agreement was intended to facilitate entry of an illusory Order which would help form the basis for Green's further action solely against Defendant Nicholas Fiorillo, Judge Krupp inexplicably issued an unlawful Order.

Due consideration must be given here, to the extent to which a citizen's rights to everything from his personal property rights to due process rights can be infringed upon, when unsavory and unethical individuals who operate within a criminal Enterprise controlled by someone with the political prominence and clout like George Soros, seek to expropriate assets of that citizen into the tens of millions of dollars, if not beyond. The implications of injustice here are dire, and it would be inappropriate, therefore, to allow such harms inflicted upon Petitioner to proceed, based upon the total disregard of the legal process by this group of racketeers and counsel, which can be described as little more than corrupt to the core.

Federal defendants Soros and O'Neill have weaponized co-defendants former US Attorney Rollins, Suffolk DA Hayden, certain rogue members of the Boston Police Fugitive Task Force, the Town of Harwich Police Department, the Harwich Chief of Police, certain John Doe Detectives, Sheriffs, Constables, Town Manager Joseph Powers and Selectboard member MacAskill, all of whom have been conspiring in a pattern of criminal schemes to prosecute Nicholas Fiorillo for a series of crimes that he did not commit. This has been done in order to gain the leverage needed to extort Fiorillo to give up his claims in the Gotspace Data v. NE Edge Federal Complaint in the District of Rhode Island, with which all inextricably interrelated actions merit consolidation post-removal, his family home and his Gotspace Data development business most notably Fiorillo's corporate interests in the 30 Billion dollar Gotspace Data New England Data Corridor.

Up to this very moment, Nicholas Fiorillo's life continues to be jeopardized by a series of threats by Soros-backed operatives Raymond Green, Louis Delpidio and Paul Mattarese, to shoot him on sight and harm his family, if he did not succumb to the Enterprise demands, including a demand to vacate the Fiorillo Family home, or be forcibly removed, and their possessions unlawfully placed with Moving and Storage companies, in violation of various Mortgage Protection statutes. After an erroneous judgment for possession by way of a default which never occurred, caused an Order to issue from the Orleans, MA District Court on July 26, 2023, in direct violation of the pending appeal of the previous "default" issued by Judge Welsh III. It is noteworthy that after Nicholas Fiorillo made proper and prudent requests to appear telephonically at hearings due to the credible threats made against his life, which the Court was notified of well in advance and were reported to all relevant law enforcement authorities, requests routinely granted by other courts but inexplicably denied by the Orleans Court, this Court also "locked Fiorillo out" of Zoom access, in order to set the stage for a "default," for "failing to appear in person" and by so doing, put his life in danger.

When the Orleans Court then denied Nicholas Fiorillo's Motion to Dismiss the action of NE Edge "loan shark" Raymond C. Green, et als, who intentionally mislead and confused the court by claiming to be a "residential lender," when his Soros-backed Green companies are commercial hard money lenders, after Fiorillo had been previously denied requests to conduct discovery, file an answer and counterclaim, and denied his right to a jury trial, Fiorillo knew that there would be no justice in any court in the Commonwealth, due to the conspiracy being perpetrated by the Kleptocratic Soros Political Propaganda machine, ultimately controlled by Soros himself and Thomas O'Neill atop the political pyramid.

Through the manipulation of numerous suspect "frame ups" and "shake downs" by the Harwich, MA Police to frame Nicholas Fiorillo for crimes he did not commit, the crystal clear control by Mr. Soros of the Massachusetts secret courts, and his corrupt influence over its

judicial officers has decimated Fiorillo's civil rights under color of law, prompting just and prudent removal to a Court free from Soros well known, kleptocratic influence peddling. Nicholas Fiorillo has been subjected to more than his fair share of secret court hearings, extrajudicial court rulings and as of late, the BPD Fugitive Task Force's "catch and kill" manhunt, perpetrated by Boston Police officers Brian Albert, Mike Powers and Karl Dugal, some of the same individuals involved in the murder of fellow BPD Officer O'Keefe and the framing of his girlfriend, Karen Read for a crime that she did not commit. All with full support and cooperation of certain Boston FBI and higher ups in the Massachusetts State Police, and perfectly orchestrated to prevent Nicholas Fiorillo from ever having any fair day in any court in Massachusetts, and derail his Gotspace Company's forward path to develop the New England Data Corridor.

The goals of the Soros-backed NE Edge Enterprise, are to cheat the legal system and obstruct justice, in order to extrajudicially derail the entire legal process involving Fiorillo and his family, as well as suppress their civil rights, including the right to free speech and due process under the law, all of which have been silenced by Soros backed DA's and disgraced former U.S. Attorney, within the Massachusetts judicial-political-enforcement system, which has systematically conspired to illegally evict the Fiorillos from their homestead. The Secret Courts of the Commonwealth, and the certain Judges who are mere puppets of George Soros, have been on the "secret stage" set by the NE Edge racketeers, who dance to Soros' evil tune in furtherance of the criminal objectives of the Soros-NE Edge Enterprise, to derail the largest public/private Digital Infrastructure project in the history of the United States.

Nicholas Fiorillo was told by Enterprise head Raymond C. Green that if he was to keep his home and his freedom, he was to settle and release the NE Edge racketeers from the landmark Federal claim, or be illegally evicted. Just this past Tuesday, August 22, 2023, NE Edge Racketeers served their second, 48-hour notice to vacate the Fiorillo's residential premises,

with the Barnstable County Sheriff and Harwich Police detectives attempting to enter the home and arrest Nicholas Fiorillo on a bogus arrest warrant. True to form, racketeering Ray Green "switched" his terms again, and demanded a collective $10,000,000 in cash and real estate to be turned over, along with his prior demand for release of claims, or the Fiorillos would be forcibly removed from the property on Wednesday, August 23, 2023, at 9:00 am.

Attorneys Anthony Alva, Johanthan Roth, and Nicholas Nesgos, on behalf of their client Defendants Louis Delpidio and Raymond C. Green, have been systematically blackmailing the Fiorillo family, making a series of extortionist demands including criminal threats of murder, if they did not agree to the release of claims and counterclaims, and payment of monies not due or owing on the Kales Way property. Specifically, if Fiorillo did not sign a global release and agree to pay upwards of a whopping $20,300,000 in cash and real estate, releasing all parties for their illegal foreclosure actions as set forth in the inextricably related civil claims pending removal and consolidation before this Court under Fiorillo's multi-billion dollar RICO action, all would be lost. The Soros-backed NE Edge racketeers have been extorting the threat of an unlawful 48 hour forcible move out for most of the month of August, an unlawful foreclosure on the residential portion of a mixed use property, by way of an unlawful foreclosure of a commercial mortgage instrument in violation of Massachusetts law, which Nicholas Fiorillo now seeks an unbiased Court to confirm what he has always known, that this bogus "foreclosure sham" is without any force and effect.

Within the past 48 hours, Nicholas Fiorillo has tirelessly endeavored to bring civil action for unlawful eviction and dispossession against George Soros, Louis Delpidio, Raymond C. Green, and other NE Edge members and co-conspirators, before the Massachusetts Southeastern Housing Court, only to be thwarted at every turn by Court Clerks who wilfully obstructed and prevented even a cursory review by a Judge, especially since a concurrent Motion for Interim Relief was included with the pleading, asking for an immediate stay of execution of Order for

Possession, and Restraining Order preventing the unauthorized trespass upon the Fiorillo homestead, by any third parties pursuant to unlawful attempts to remove the Fiorillos from their home.

**Jurisdiction and Authority For Removal**

1. There exists both basis in law and fact, namely the fraudulently alleged "facts" and the violation of Defendant's civil rights protections under federal law, for this Court to transmute this Complaint into federal law claims. Given the fact that the state-law claim to be removed is founded in the attempt to collect an unlawful debt, the action has necessarily raised a stated federal issue, one which is actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance. Accordingly, these clear cut federal issues trigger *Grable* jurisdiction. See: Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg., 545 U.S. 308 (2005).

2. Given the historical and inarguable bias shown to self-represented litigants in the Suffolk Superior Court, this Court has clear jurisdiction over this matter, under U.S. Const. Ann. Article III, Section 2, Clause 1. This special civil rights removal statute permits removal of any civil or criminal action by a party who is denied or cannot enforce in the state court, a right under any law, providing for equal civil rights of a person for any act under color of authority derived from any law providing for equal rights. Mr. Fiorillo emphasizes that such equal civil rights are not confined by race.

3. Under 28 U.S. Code § 1443, actions commenced in a State court by or against any person who is denied or cannot enforce his civil rights in the courts of such State, convey a right under the law providing for the equal civil rights of citizens of the United States, to remove to the district court of the United States.

4. Removal of an action under 28 U.S.C. § 1441(a) based upon the nature of the complaint, in this instant action the attempt to collect an unlawful debt, is properly removed when "a right or immunity created by the Constitution or laws of the United States [constitutes] an element, and an essential one, of the cause of action." See: <u>Gully</u> v. <u>First National Bank in Meridian</u>, 299 U.S. 109, 112 (1936).

5. While commonplace that removals are made to the district embracing the place wherein it is pending, when judges are shown to be biased against a pro se party to a civil action, they frustrate the fairness of proceedings. This practice, as experienced by this Defendant to an extreme, is so seemingly routine in both federal and state courts, that in September of 2017 a Judge resigned from the Seventh Circuit. His cited reasons were due, in part, to the fact that he felt that "the court wasn't treating pro se litigants fairly, didn't like the pro se's, and generally didn't want to do anything with them." pro se litigants are frequently mistreated in civil litigation and denied a full and fair opportunity to vindicate their claims.

6. The Massachusetts Court System, whether State or Federal, has clearly and chronically demonstrated egregious disregard of this self-represented litigant's due process rights, and in so doing has demonstrated ample sufficiency to have this instant action, and the other false claims filed against Nicholas Fiorillo in an attempt to collect an unlawful debt, taken under review by this Court for violation of Federal laws.

7. The FirstAmendment of the Constitution provides for removal of this action to this Court, under Under 28 U.S. Code § 1441, 28 U.S. Code § 1443, 28 U.S. Code § 1446, 42 U.S.C. § 1983, 42 U.S.C. §1985, U.S. Const. Ann. Article III, Section 2, Clause 1, False Claims Act, as amended, 31 U.S.C. et seq cf. 28 U.S.C. § 2403(a). This pro se litigant stands no chance to have his civil rights to a fair and just hearing upheld in the State or Federal courts of the Commonwealth of Massachusetts, and each of the Federal questions emanating from this action must be addressed for the benefit of the basic rights and civil liberties afforded to all Americans, found under the United States Constitution of America.

| | |
|---|---|
| Dated: August 24, 2023 | Respectfully submitted, |
| | NICHOLAS FIORILLO |
| | /s/ Nicholas Fiorillo |
| | Nicholas Fiorillo, pro se<br>Tel: (508)-776-7219<br>metrowestrealty@yahoo.com |