# United States Court of Appeals
## For the First Circuit

_____

No. 24-1059
D.C. No. 1:23-cv-00349-WES
LOUIS DELPIDIO, as Trustee of the Lewis Bay Beach House Trust, the 116 Baxter Road Beach House Trust, and the 63 TN Beach House Trust,

Plaintiff - Appellee,

v.

NICHOLAS J. FIORILLO,

Defendant - Appellant,

OCEAN VACATIONS REALTY TRUST,

Defendant.

_____

**JUDGMENT**

Entered: April 12, 2024
Pursuant to 1st Cir. R. 27.0(d)

On **February 9, 2024**, this court issued an order directing the appellant to either pay the $605.00 filing fee or to file a compliant request to appeal with in forma pauperis (IFP) status before the district court. Appellant was notified that failure to take either action would result in this case being dismissed for lack of prosecution pursuant to Local Rule 3.0(b).

A review of the district court docket sheet does not reflect payment of the filing fee nor the filing of a request for in forma pauperis status. This appeal is, therefore, dismissed for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Christopher A. Veara
Nicholas J. Fiorillo